**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MAKHTAR YAHIA NAJI AL WARAFI (ISN 117),** | ) ) ) ) |
| **Petitioner,** | ) ) ) |
| **v.** | ) ) **Civil Action No. 09-2368 (RCL)** |
| **BARACK OBAMA,** **President of the United States,** *et al.***,** | ) ) ) ) ) |
| **Respondents.** | ) ) ) |

## <u>ORDER</u>

On January 12, 2010, the Court held a merits hearing in this matter to determine the legality of petitioner's detention. Based on the arguments of counsel at the hearing, the supplemental briefs, the applicable law, and the reliable evidence in the record, it is, for the reasons set forth in a classified memorandum filed with the Court Security Officer, hereby

ORDERED that petitioner's (ISN 117) petition for habeas corpus is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on March 24, 2010.